

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

**DEC 15 2023**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

_____ )
Hiawatha Barnes )
)
Plaintiff(s), )
)
v. )
Board of Education )
of the City of Chicago )
)
Defendant(s). )

Case Number

23-cv-16836
Judge Edmond E. Chang
Judge Young B. Kim
Cat 2
Random assignment

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Hiawatha Barnes of the county of Cook in the state of Illinois.

3. The defendant is Board OF Education of the City of Chicago whose street address is 1 N. Dearborn St. Suite 950, (city) Chicago (county) Cook (state) IL. (ZIP) 60602

(Defendant's telephone number) (773) - 553-1600

4. The plaintiff sought employment or was employed by the defendant at (street address) Mollison Elementary School (city) Chicago 4415 S. Kingdrive (county) Cook (state) IL. (ZIP code) 60653

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☒ was hired and is still employed by the defendant.

    (c) ☐ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month)___11___, (day)__2__, (year)__2022__

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☒*has* ☐*has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

        (i) ☒ the United States Equal Employment Opportunity Commission, on or about (month)___8___ (day)_30_ (year)_2023_.

        (ii) ☒ the Illinois Department of Human Rights, on or about (month)___9___ (day)_30_ (year)_2023_

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year) _____

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____

(day) _____ (year) _____.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ Yes    ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes    ☐ N0, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not

issued a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued

a *Notice of Right to Sue*, which was received by the plaintiff on

(month)____9____ (day)_15_ (year)_2023_ a copy of which

*Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only*

*those that apply*]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]
(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☒ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

_____

_____

_____

_____

_____

14. **[*AGE DISCRIMINATION ONLY*]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

    (a)   ☐  Direct the defendant to hire the plaintiff.

    (b)   ☒  Direct the defendant to re-employ the plaintiff.

    (c)   ☐  Direct the defendant to promote the plaintiff.

    (d)   ☐  Direct the defendant to reasonably accommodate the plaintiff's religion.

    (e)   ☒  Direct the defendant to reasonably accommodate the plaintiff's disabilities.

    (f)   ☐  Direct the defendant to (specify): _____

_____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

_Hiawatha Bar_
(Plaintiff's signature)

_Hiawatha Barnes_
(Plaintiff's name)

_10020 S. Perry_
(Plaintiff's street address)

(City) _Chicago_ (State) _IL_ (ZIP) _60628_

(Plaintiff's telephone number) (_773_) – _934-4757_

Date: _12 / / 2023_

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Chicago District Office
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 09/15/2023

**To:** Mr. Hiawatha A. Barnes
10020 S. Perry Illinois
Chicago, IL 60628
Charge No: 440-2023-05523

EEOC Representative and email:   JAIRO MARQUEZ
Federal Investigator
jairo.marquez@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 440-2023-05523.

On behalf of the Commission,

Digitally Signed By:Diane I. Smason
09/15/2023

Diane I. Smason
Acting District Director

**Cc: Chicago Public Schools**

Thomas Doyle
1 N DEARBORN ST STE 900
Chicago, IL 60602


Please retain this notice for your records.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>☐ EEOC<br>☐ FEPA | Agency(ies) Charge No(s):<br><br>440-2023-05523 |
|---|---|---|
| **Illinois Department Of Human Rights** | | and EEOC |
| *State or local Agency, if any* | | |

| Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)*<br><br>Mr. Hiawatha A. Barnes | Home Phone<br><br>773-934-4757 | Year of Birth |
|---|---|---|
| Street Address<br><br>10020 S. Perry Illinois<br><br>ROSELAND, IL 60628 | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br><br>Chicago Public Schools | No. Employees, Members<br><br>501+ Employees | Phone No. |
|---|---|---|
| Street Address<br><br>2651 west Washington Blvd.<br><br>CHICAGO, IL 60612 | | |
| Name | No. Employees, Members | Phone No. |
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON<br><br>Disability | DATE(S) DISCRIMINATION TOOK PLACE<br><br>Earliest           Latest<br>09/01/2017         11/02/2022 |
|---|---|

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began my employment with Respondent in or around September 2017. My current position is Teacher. During my employment, I advised Respondent of my medical condition. I asked for a reasonable accommodation, which was denied. I complained to Respondant without remedy.

I believe I was discriminated against because of my disability in violation of the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| _____<br>Date            Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

Page 1 of 2

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

The Board discriminated against me because of my disability; otherwise failed to accommodate my disability, and unlawfully retaliated against me for filing claims under the ADA. The discrimination lead to emotional and physical distress.

Contentions derived from complicated interactions between the board and I.

I will begin in chronological order with essential facts underlying the discrimination and reflect on retaliation and harassment that occurred prior to and after my request for accommodations.

The boards department of absence and disability has different types of leaves of absence that can effect your employment.
- A discretionary leave doesn't offer job protection
- - A covid 19 leave offers job protection

The board refused me the right to remain at work until my doctor clarified that I was on a Covid 19 related leave.

After returning from being on a Covid related leave to the degrading conditions of the classroom, I made a request for accommodations. A specific accommodation was made to temporarily assist me with retrieving a student's personal records from the rubble for a disgruntled Local School Council parent. Despite my request the board directed me to submit a new accommodation request on 4/19/22. The board refused me to remain at work when on 4/20/22 the principal wrote a report, that the board approved, for me to complete a fitness for duty exam and as a result I lost my position.

Prior to losing my position I suffered harmful and intentional harassment, to the point my work was adversely impacted by the unclean, unhealthy environment extending from the mouse infestation at the school in 11/2017 up until the loss of my position.I speculated the adverse environment was the cause of my disability of Pansinuitis and a lot of stress and anxiety.

Following being demoted to a reassigned teacher the board disciplined me excessively for multiple, combined, past infractions and I was issued a final warning for an unjustified harassment claim.
I asked for accommodations but was denied again.
My access to necessary resources and data was intercepted due to harassment but my grievance has been heard but discouraged by the board. They will not investigate fully.

Inadvertently

I recently walked into a class this week as a sub for a teacher who had covid. I was given no warning nor offered to be absent after being exposed for two days.

-The LSC  parent was interviewed for an article in the local newspaper during the time schools were closed due to Covid and he  made false claims about me being absent from my profession when I was out due to being sick.

My classroom was remodeled and made into a room for LSC Parents. The overflow of other teachers' materials and mines from the previous years gathered in my new room to begin the school year.
I explained to the Principal that I felt I was being harassed by agents of a disgruntled LSC and needed my class cleaned.

My classroom was remodeled and made into a room for LSC Parents. The overflow of other teachers' materials and mines from the previous years gathered in my new room to begin the school year.  I explained to the Principal that I felt I was being harassed by agents of a disgruntled LSC and felt apprehensive day to day.  On 12/10/21 I was disciplined for an unjustified insubordination and attendance abuse related to this harassment.

My workload was heavier than my colleagues.

and Administration. Relief funds for Diverse learners teachers were split unevenly, with me receiving the lowest amount of money. Mrs.
Castro name replaced my name on an IEP.  my request for an ABC carpet and other resources were given to Ms. Williams. Ms. Williams  shared her negative recollections of notes of  me with the principal.  A mouse infestation resulted in  me suffering respiratory infections. Harmful and intentional articles written about my profession . Access to data has been denied or intercepted by chaotic schedules.